**FA`AGAU LEFITI for the FA`AGAU FAMILY, Appellants,**

**v.**

**AFO TEMA for the AFO FAMILY, Appellees.**

High Court of American Samoa
Appellate Division

AP No. 03-96

June 27, 1997

Before RICHMOND, Associate Justice, GOODWIN,[*] Acting Associate Justice, WALLACE,[**] Acting Associate Justice, and MAILO, Associate Judge.

Counsel: For Appellant, Afoa L. Su'esu'e Lutu
 For Appellee, Charles V. Ala`ilima

RICHMOND, Associate Justice.

This appeal is from the Land and Titles Division's decision and order entered on January 9, 1996, finding the land "Vasaaiga," consisting of about 2.33 acres, in Faganeanea, American Samoa, to be the communal land of the Afo Family.

The decision and order of the Land and Titles Division is affirmed for the reasons and on the grounds set forth in its decision and order entered on January 9, 1996.

It so Ordered.

---

[*] Honorable Alfred T. Goodwin, Senior Circuit Judge, United States Court of Appeals for the Ninth Circuit, serving by designation of the Secretary of the Interior

[**] Honorable J. Clifford Wallace, Senior Circuit Judge, United States Court of Appeals for the Ninth Circuit, serving by designation of the Secretary of the Interior.